UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNIE L. VERMILLION,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE & CO. d/b/a BANK ONE and JP MORGAN CHASE BANK, N.A. d/b/a BANK ONE,<br><br>　　　Defendants. | NO. CV-05-261-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On May 15, 2006, the parties filed a joint Stipulation for Dismissal (Ct. Rec. 6). Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED** with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 22nd day of May, 2006.

　　　　　　　　　　　　　　　　*s/ Robert H. Whaley*

　　　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　　　　Chief United States District Judge

Q:\CIVIL\2005\vermillion.stip.dismiss.ord.wpd

**ORDER DISMISSING COMPLAINT** * 1